IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RUSSELL CARL DEATER, :
:
      Petitioner :
:
v. : CIVIL NO. 4:14-CV-628
:
SUPERINTENDENT LAMAS, : (Judge Brann)
:
      Respondent :

## **ORDER**

April 22, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. Deater's habeas corpus petition is **DISMISSED** as untimely.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Based on the Court's conclusion herein, there is no basis for the issuance of a certificate of appealability.

      BY THE COURT:

        s/   Matthew W. Brann
      Matthew W. Brann
      United States District Judge

1